

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 26 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| EMMETT JONES, JR. | * | CIVIL ACTION NO. 11-0368 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's Petition for Attorney Fees [doc. #17] is hereby GRANTED, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Emmett Jones, Jr., for attorneys' fees in the amount of $5,310.00 (35.4 hours at $150.00 per hour) plus expenses of $36.63.

THUS DONE AND SIGNED this 26 day of April 2012, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE